```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

ABG COLLECTIVE, LLC,

                    Plaintiff,

    - against -

NEW BALANCE ATHLETICS, INC.,

                    Defendant.

20-cv-8931 (JGK)

ORDER

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

As discussed at the teleconference held on December 3, 2020, the plaintiff shall file an amended complaint by **December 18, 2020.** The defendant should move or answer by **January 5, 2021.**

If the defendant files a motion to dismiss, the plaintiff's response is due by **January 22, 2021,** and the defendant's reply is due by **February 3, 2021.**

If the defendant does not file a motion to dismiss, the parties should submit a 26(f) report by **January 12, 2021.**

**SO ORDERED.**

Dated:    New York, New York
            December 3, 2020

                                      John G. Koeltl
                              United States District Judge