UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ABG COLLECTIVE LLC,

          Plaintiff(s),

          -against-

NEW BALANCE ATHLETICS, INC.,

          Defendant(s).

-------------------------------------------------------------x

20-CV-8931 (JGK) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

By **September 10, 2021**, the parties shall each submit *ex parte* letters (limited to two single-spaced pages) to Wang_NYSDChambers@nysd.uscourts.gov explaining the breakdown of their settlement discussions and the impasse cited in ECF 42.

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: August 17, 2021                           **Ona T. Wang**
      New York, New York            United States Magistrate Judge